| | | | | |
|---|---|---|---|---|
| DATE | March 12, 2010 | CASE NUMBER | | 1:09cr146-4 |
| LOCATION | BEAUMONT DIVISION | USA | John Craft | Assigned |
| JUDGE | THAD HEARTFIELD | VS | | Appeared |
| DEPUTY CLERK | Jill Veazey | | | |
| RPTR/ECRO | Frank McMillan | | CURTIS TUMBS | |
| TAPE # | | | Defendant | |
| USPO | Not present | | Michael Laird | |
| INTERPRETER | | | Attorney | |
| BEGIN | 10:31 | | | |

**PLEA HEARING**

**X** . . . . . . (Plea Hearing)
**X** . . . . . . Hearing held  ☐ Hearing called
☐ . . . . . . Information (felony)  ☐ kinfo.misd. . Information (misdemeanor)  ☐ ksl.info. . Information (sealed)
☐ . . . . . . Indictment unsealed  ☐ kinfo.uns. . Information Unsealed
**X** . . . . . Dft appears **X** with  ☐ without counsel;  ☐ Dft appears pro se;  ☐ Counsel appears on behalf of dft.
☐ . . . . . . Dft files Waiver of Indictment  ☐ Dft. advised of right to grand jury consideration
☐ . . . . . . Dft first appearance with counsel  ☐ CJA  ☐ Ret.  ☐ USPD  ☐ kdaddatty
**X** . . . Dft  **X** sworn  **X** physically/mentally ready  ☐ name spelled
  **X** advised of charges  **X** advised of maximum penalties  ☐ advised of right to remain silent;
  ☐ advised of right to counsel  ☐ rec'd copy of the charges;  ☐ discussed charges w/ cnsl;
  ☐ charges read  ☐ waived reading of charges;  **X** No pressure to plead
  ☐ advised of alternate sentencing under Youth Corrections Act;
☐ . . . . . . . . Consent to trial before U.S. Magistrate Judge
**X** . . . . . . Dft enters a plea of: ☐ ngpl. (not guilty)  **X** gpl. (guilty)  ☐ nolopl. (nolo)  ☐ glesspl. (guilty - lesser)
  to counts: **X** 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ all counts;
  ☐ Other Counts _____  Of the **X** Indictment  ☐ Information  ☐ Superseding Indictment

**X** . . . . . . Factual Basis Established
**X** . . . . . . Court finds plea voluntary, knowledgeable & that it has a basis in fact.
**X** . . . . . . Plea accepted  ☐ kplagrej. Plea agreement rejected _____
**X** . . . . . . Plea Agreement acceptance deferred pending review of PSI
**X** . . . . . . Plea agreement filed - in accordance with the local rules

☐ . . . . . . mfiling.ddl Motion filing deadline. Pretrial motions or change of plea due by _____
☐ . . . . . . Sentencing deferred for pre-sentence investigation.
☐ . . . . . . Sentencing set for _____ before Judge _____
☐ . . . . . . Government motion for detention
☐ . . . . . . Dft bond  ☐ set  ☐ reset to $_____  ☐ cash  ☐ surety  ☐ 10 %  ☐ PR  ☐ unsecured
☐ . . . . . . Bond continued  ☐ in this case  ☐ $_____  Type: _____  ☐ other case No. _____
☐ . . . . . . Order setting conditions of release  ☐ Bond executed, deft released;
☐ . . . . . . Entered Order of Detention  ☐ kotmpdtn. Temp Detention Pndg Hearing
**X** . . . . . . Dft remanded to custody of U.S. Marshal;  ☐ State charges (LO)
☐ . . . . . . Dft failed to appear, oral order for arrest warrant;  ☐ bond forfeited
☐ . . . . . . Government motion _____  ☐ koralo. . . _____
☐ . . . . . . Defendant motion _____  ☐ koralo. . . _____
☐ . . . . . . Exhibit List  ☐ kwitlst. Witness List
☐ . . . . . . . .
☐ . . . . . . . .
**X** kminf.

CRIM 92-116  ☐ See reverse/attached for additional proceedings  11:00  Adjourn