| | | | |
|---|---|---|---|
| DATE September 8, 2010 | | CASE NUMBER | 1:09cr146(4) |
| LOCATION BEAUMONT DIVISION | | USA | John Craft    Assigned |
| JUDGE THAD HEARTFIELD | | VS |    Appeared |
| DEPUTY CLERK Jill Veazey | | | |
| RPTR/ECRO Frank McMillan | | | CURTIS TUMBS |
| TAPE # | | | Defendant |
| USPO Deanna Splawn | | | Michael Laird |
| INTERPRETER | | | Attorney |
| BEGIN 2:03 | | | |

## SENTENCING

**X** ksen. . . .    Sentencing held      ☐ ksen . . .    Sentencing called
**X** . . . . . .    Court adopts presentence report    **X**    Court Accepts Plea Agreement
☐ . . . . . .    Court adopts presentence report w/exception of:_____
☐ . . . . . .    Court departs from guidelines    ☐ on motion of the govt    ☐ other:_____

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 121 Months | Waived | | | 5 Years | | | $100.00 |
| Of | | | | | | | | |
| Ind | | | | | | | | |

**SPECIAL CONDITIONS:**

**X** . . . . . .    Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

**X** . . . . . .    Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

**X** . . . . . .    Dft shall not possess a **firearm** or other destructive device.

**X** . . . . . .    Dft shall cooperate in the collection of **DNA** as directed by the probation officer.

**X** . . . . . .    Dft shall provide the probation officer with access to any requested **financial information**.

**X** . . . . . .    Dft shall participate in a program of **testing and treatment for drug abuse**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

☐ . . . . . .    Dft shall participate in a program of **mental health treatment**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

☐ . . . . . .    Dft placed on **home detention** for a period of ____ months, to commence (immediately/immediately following release from imprisonment/on _____ ). During this time dft shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones for the above period.

☐ . . . . . .    Dft shall reside in a **community corrections center** for a period of ____ months to commence on _____, and shall observe the rules and regulations of that facility.

**X** . . . . . .    Dft remanded to the USM. **X** Denial of **ALL** Federal benefits for a period of **10** years

☐ . . . . . .    Dft ordered to surrender _____ to    ☐ USM    ☐ designated institution.

☐ . . . . . .    Bond continued ☐ previous bond in this case $ _____ type _____ ☐ other case No. _____

☐ . . . . . .    Counts _____ dismissed on govt's motion. ☐ kdismcntoth._____ .

☐ . . . . . .    Dft failed to appear    ☐ Koralo.. Order for arrest warrant    ☐ bond forfeited.

**X** . . . . . .    **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

☐ . . . . . .    Presentence Report Sealed.    ☐ P.S.I. (Sentencing Portion Only) Sealed.      **X** kminf.... Minutes filed.

Total In-Court Time: **16 MIN**

**CRIM 92-118**      **X** See reverse/attached for additional proceedings      2:19    Adjourn