| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:09CR00146-004 |
| | RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF LA. | DOCKET NUMBER *(Rec. Court)* 17-236 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Curtis Tumbs | Eastern District of Texas | Beaumont |
| | NAME OF SENTENCING JUDGE | |
| | Thad Heartfield, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 5, 2013 — TO August 4, 2018 |

**OFFENSE**

Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Louisiasiana upon that Court's order of acceptance of jurisdiction.

11/30/17
Date

*[signed]*
United States District Judge

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the <u>Eastern District of Louisiasiana</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-7-17
Effective Date

*[signed]*
United States District Judge

---

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**DEC 12 2017**

BY
DEPUTY _____