# UNITED STATES DISTRICT COURT
## Office of the Clerk
### Eastern District of Texas
### 300 Willow Street, Room 104
### Beaumont, TX 77701

*DAVID A. O'TOOLE*
  *Clerk*

December 12, 2017

U.S. District Clerk
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

Re:  USA vs.  Curtis Tumbs, ED/TX No. 1:09cr146-4, ED/LA No. 2:17cr236

Dear Clerk:

On November 30, 2017, the Honorable Thad Heartfield, United States District Judge for this district, entered an order in the above captioned case transferring jurisdiction of supervised release as to Curtis Tumbs to the Eastern District of Louisiana.

Pursuant to said order and acceptance of jurisdiction by the Eastern District of Louisiana, we are forwarding herewith certified copies of the docket sheet, indictment, judgment and this order.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

DAVID A. O'TOOLE, Clerk

By _____
           Deputy Clerk

Enclosures

Received items described above on this date:____12-18-17_____

and assigned case no. ____17-236_____